**Archived:** Tuesday, April 28, 2020 3:27:04 PM
**From:** TXW_USDC_Notice@txwd.uscourts.gov
**Sent:** Monday, March 23, 2020 6:11:45 PM
**To:** cmecf_notices@txwd.uscourts.gov
**Subject:** Activity in Case 5:20-cv-00368 Holcombe v. UNITED STATES OF AMERICA Complaint
**Sensitivity:** Normal

---

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

U.S. District Court [LIVE]

Western District of Texas

### Notice of Electronic Filing

The following transaction was entered by Strahan, April on 3/23/2020 at 6:10 PM CDT and filed on 3/23/2020

| | |
|---|---|
| **Case Name:** | Holcombe v. UNITED STATES OF AMERICA |
| **Case Number:** | 5:20-cv-00368 |
| **Filer:** | John Porter Holcombe, II |
| **Document Number:** | 1 |

**Docket Text:**
**COMPLAINT ( Filing fee $ 400 receipt number 0542-13376960), filed by John Porter Holcombe, II. (Attachments: # (1) Civil Cover Sheet, # (2) Exhibit 1 - Form 95's & Acknowledgements (REDACTED), # (3) Exhibit 2 - Conservatorship Order, # (4) Exhibit 3 - Letters of Administration (REDACTED))(Strahan, April)**


**5:20-cv-00368 Notice has been electronically mailed to:**

April A. Strahan     april@ammonslaw.com, joy@ammonslaw.com

**5:20-cv-00368 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=3/23/2020] [FileNumber=23139266-0] [3f18ba728d39335e913039f9e2ea558ab769077339daf609cd4f95823421cabf82

b1c3b1f2f500b6d10ce297daa86af7ab2dc6e0ae9768fcc0943aedb7ffc45c]]

**Document description:**Civil Cover Sheet
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=3/23/2020] [FileNumber=23139266-1] [3b7c12305ba55958fca5b5311491500fa79558ce9b785498213aaa9a6ffedd74a5d76ae5790a4f009e8c2ff961b48e4fd518193274992799d4c3905e7e2ec5ad]]

**Document description:**Exhibit 1 - Form 95's & Acknowledgements (REDACTED)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=3/23/2020] [FileNumber=23139266-2] [309ab3ccd0a9ff8002bbc9da8acb24e377d52c1985b1267567cc877ef43776154d55567ad7e06f91a00275df8366116667cc513e7f80073cb71a8fdb7bc89911]]

**Document description:**Exhibit 2 - Conservatorship Order
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=3/23/2020] [FileNumber=23139266-3] [8a8a63a5bdf36759b9ace912a33adc697a329cca1cdab549dad18929ee42830f9525f2b89059683ab13919058c87ea978ecfc54935b5380795667d3f47dafd26]]

**Document description:**Exhibit 3 - Letters of Administration (REDACTED)
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=3/23/2020] [FileNumber=23139266-4] [525616c746cfc780bdbcbe84413251d6f1ff2e3e7c6f9327fc98bed536c10523af52e08ca318b1abb5104f150329d63e1ecf9f05caca93fe6004d0a0549c03ad]]

```
===================================================
               ALBERT THOMAS
            14917 EL CAMINO REAL
            HOUSTON, TX 77062-9998
               480123-0045
               (800)275-8777
            03/26/2020 01:58 PM
===================================================
===================================================
---------------------------------------------------

Product              Qty     Unit         Price
                             Price
---------------------------------------------------

PM 2-Day              1     $13.25       $13.25
    (Domestic)
    (WASHINGTON, DC  20530)
    (Weight:2 Lb 0.80 Oz)
    (Expected Delivery Day)
    (Saturday 03/28/2020)
Certified                                 $3.55
    (USPS Certified Mail #)
    (70190160000011619237)
Return Receipt                            $2.85
    (USPS Return Receipt #)
    (9590940256899346915867)
PM 2-Day              1      $9.70        $9.70
    (Domestic)
    (SAN ANTONIO, TX  78216)
    (Weight:2 Lb 0.80 Oz)
    (Expected Delivery Day)
    (Saturday 03/28/2020)
Certified                                 $3.55
    (USPS Certified Mail #)
    (70190160000011619220)
Return Receipt                            $2.85
    (USPS Return Receipt #)
    (9590940256899346915850)
PM 2-Day              1     $13.25       $13.25
    (Domestic)
    (ANDREWS AIR FORCE BA, MD  20762)
    (Weight:2 Lb 0.40 Oz)
    (Expected Delivery Day)
    (Saturday 03/28/2020)
Certified                                 $3.55
    (USPS Certified Mail #)
    (70190160000011619213)
Return Receipt                            $2.85
    (USPS Return Receipt #)
    (9590940256899346915843)
---------------------------------------------------
Total:                                   $55.40
---------------------------------------------------


---------------------------------------------------
Credit Card Remitd                       $55.40
    (Card Name:AMEX)
    (Account #:XXXXXXXXXXXX1087)
    (Approval #:823595)
    (Transaction #:245)
    (AID:A000000025010801            Chip)
    (AL:AMERICAN EXPRESS)
    (PIN:Not Required)
```

# INVOICE

Tex-Star Legal Support, LLC
1438 Campbell, Suite 108
Houston, TX  77055
Phone: 346-223-2942   Fax: 1-800-420-9343


*Holcombe 17104 CA*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 18959 | 9/29/2019 | Due upon receipt |
| **Order No.** | **Order Date** | **Case No.** |
| 2542.002 | 9/18/2019 | |

**Case Name**

E████ J████████ H██

**Records Pertaining To**

E████ J████████ H██

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX  77006

| Records From | Ordered By | Reference Info. |
|---|---|---|
| University Health System<br>Medical/Billing<br>4502 Medical Drive<br>San Antonio, TX  78229 | Robert E. Ammons<br>The Ammons Law Firm, LLP<br>3700 Montrose Blvd.<br>Houston, TX  77006 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

| | | | | |
|---|---|---|---|---|
| E████ J████████ H██ (Billing) | | 20.00 | | |
| Custodian Fee | | | 75.74 | 75.74 |
| Base Fee - Authorization | | | 60.00 | 60.00 |
| Rush Request | | | 25.00 | 25.00 |
| Client Copy | 20.00 Pages | @ | 0.45 | 9.00 |
| Postage & Handling | | | 5.00 | 5.00 |

(TAXABLE  $105.74)

**TOTAL DUE  >>>     $174.74**

Thank you for your business!

*PAID   POSTED*
*OCT 17 2019    OCT -7 2019*
*CK# 26235*

*Approved*
*Date: 10-3-19*

**Tax ID:** ██████████

*Please detach bottom portion and return with payment.*

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX  77006

Invoice No.    : 18959
Invoice Date   : 9/29/2019
**Total Due   : $ 174.74**

Remit To: **Tex-Star Legal Support, LLC**
**1438 Campbell, Suite 108**
**Houston, TX  77055**

Order No.   : 2542.002
BU ID       : MAIN
Case No.    :
Case Name   : E████ J████████ H██

9/27/2019

University Health System                                                                 *75.74

Seventy Five and 74/100  ********************************************************************************

University Health System                                  Records Pertaining To :
Medical/Billing                                           E█████ J███████ H█
4502 Medical Drive                                        Order No. : 2542.002
San Antonio, TX 78229

# INVOICE

Tex-Star Legal Support, LLC
1438 Campbell, Suite 108
Houston, TX 77055
Phone: 346-223-2942   Fax: 1-800-420-9343

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 20104 | 11/30/2019 | Due upon receipt |
| Order No. | Order Date | Case No. |
| 2542.001 | 9/18/2019 | |

| Case Name |
|---|
| E█████ J████████ █ |

| Records Pertaining To |
|---|
| E█████ J████████ █ |

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX 77006

| Records From | Ordered By | Reference Info. |
|---|---|---|
| University Health System<br>Medical/Billing<br>4502 Medical Drive<br>San Antonio, TX 78229 | Robert E. Ammons<br>The Ammons Law Firm, LLP<br>3700 Montrose Blvd.<br>Houston, TX 77006 | Client Matter No.:<br>Claim No.:<br>Insured:<br>D/O/L: |

E█████ J████████ █ (Medical)                                            179.00

    Custodian Fee                                                                  94.34     94.34
    Base Fee - Authorization                                                       60.00     60.00
    CD                                                                             15.00     15.00
    Postage & Handling                                                              5.00      5.00
(TAXABLE  $99.34)

TOTAL DUE >>>                                                              $174.34

Thank you for your business!

[PAID stamp: JAN 28 2020   CK#26765]

Approved
Date: 12-11-19
Holcombe 17104

Tax ID: █████████

*Please detach bottom portion and return with payment.*

---

Robert E. Ammons
The Ammons Law Firm, LLP
3700 Montrose Blvd.
Houston, TX 77006

Invoice No.   : 20104
Invoice Date  : 11/30/2019
**Total Due**  : **$174.34**

[POSTED   DEC 31 2019]

Remit To:  **Tex-Star Legal Support, LLC**
           **1438 Campbell, Suite 108**
           **Houston, TX 77055**

Order No.   : 2542.001
BU ID       : MAIN
Case No.    :
Case Name   : E█████ J████████ H███

11/5/2019

ScanStat Technologies                                                      * 94.34

Ninety Four and 34/100  ***********************************************************************

ScanStat Technologies                          Records Pertaining To :
P.O. Box 2480                                  B████ J██████ ██
Roswell, GA 30077                              Order No. : 2542.001

926E7947